IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAMEKO WEST,<br><br>Defendant. | Case No. 1:21/mj267 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL INFORMATION AND SUMMONS

I, Michael Berry, being duly sworn, depose and state the following:

1.  This affidavit is submitted in support of a criminal information and summons charging TAMEKO WEST with the unlawful taking and carrying away, with intent to steal or purloin, personal property of another within the special maritime and territorial jurisdiction of the United States in violation of 18 U.S.C § 661.

2.  I am a special agent for the Postal Office Inspector General. I have held this position since 2011.

3.  The facts and information contained in this affidavit are based on my training and experience, personal knowledge, and observations during the course of this investigation, as well as the observations of other officers and witnesses.

4.  This affidavit is submitted for the limited purpose of obtaining a criminal information and summons to appear. It is not intended to include each and every fact and matter observed by me or known to the United States.

### SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5.  On January 2, 2020, the USPS-OIG received a complaint via the OIG's Hotline regarding the theft of Nordstrom gift cards. The victim reported that he had mailed two Nordstrom

gift cards (serial numbers ending 6194 and 9441) through the United States mail, but the items did not reach their intended recipient. The value of these gift cards was $150.00 for serial number ending 6194 and $200.00 for serial number ending 9441.

6. The victim stated he mailed the stated gift cards via a Priority Mail envelope with tracking number ending 8953.

7. On December 18, 2019, the Priority Mail envelope with tracking number ending 8953 was "accepted or pickup." This event is noted in the USPS system and is the result of a manual scan by a USPS employee in Alexandria, Virginia. This was the last official action taken by a USPS employee.

8. On or about December 18, 2019, TAMEKO WEST was an USPS employee at the Alexandria Post Office. The Alexandria Post Office was, and continues to be, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia.

9. On December 20, 2019, the USPS system noted that the Priority Mail envelope containing the gift cards was at the Alexandria Post Office.

10. On this same date, the Nordstrom gift cards with serial numbers ending 6194 and ending 9441 were used at the store. One of the gift cards was used in conjunction with WEST's debit card.

11. I reviewed security footage from the Nordstrom store. The footage showed TAMEKO WEST purchasing items with her debit card and the victim's Nordstrom gift cards. (I identified WEST from her USPS employee photograph.)

12. On January 28, 2020, another investigator and I interviewed WEST. We showed WEST photographs taken from the Nordstrom security footage referenced in paragraph 11. WEST confirmed that she was the individual in the photographs, however, she stated that the gift card

was hers and that she did not steal mail.

13.  Based on my training, experience, and given the aforementioned facts, I submit that there is probable cause to believe that between on or about December 18, 2019 and December 20, 2019, in Alexandria, Virginia, within the Eastern District of Virginia, TAMEKO WEST, did unlawfully take and carry away, with intent to steal or purloin, personal property of another within the special maritime and territorial jurisdiction of the United States in violation of 18 U.S.C § 661.

_____  #1648
Michael Berry
Special Agent

Subscribed and sworn to before me on July 16th, 2021.

_____
Notary Public

Hannah Kossol
Commonwealth of Virginia
Notary Public
Commission No. 7926397
My Commission Expires 09/30/2025

State of Virginia
County of Spotsylvania

3